1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8    RENNIE LEE PRATT,                          Case No.  15-cv-01783-JSC
                          Plaintiff,
9                                               **ORDER OF DISMISSAL**
10          v.
11    DEBRA JOHNSON,                             Dkt. No. 2
                          Defendant.
12

13          On April 21, 2015, Petitioner, a California prisoner proceeding pro se, filed this petition

14   for a writ of habeas corpus under 28 U.S.C. § 2254.[1]  On the same day, the Clerk notified

15   Petitioner that she had neither paid the filing fee nor completed the Court's application to proceed

16   in forma pauperis ("IFP").  Specifically, Petitioner had filed the wrong IFP application, had not

17   included a trust account statement, and had not included a certificate of funds form.  The Clerk

18   mailed Petitioner the Court's IFP application along with the deficiency notice, as well as a stamped

19   return envelope and instructions for completing the application.  The instructions indicated that

20   Petitioner had to file the application and include a trust account statement showing balances and

21   transactions for the last six months and the certificate of funds form completed and signed by an

22   authorized prison official.  The notice informed her that the case would be dismissed if she did not

23   either pay the filing fee (of $5.00) or file a completed IFP application within 28 days.

24          More than 28 days have passed and Petitioner has not responded to the deficiency notice.

25   As Petitioner has not paid the filing fee, filed a complete IFP application, shown cause why not, or

26   requested and shown good cause for an extension of time, the incomplete IFP application (Dkt.

27

28   _____
     [1] Petitioner has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28
     U.S.C. § 636(c).  (Dkt. No. 1 at 7.)

United States District Court
Northern District of California

No. 2) is DENIED, and this case is DISMISSED without prejudice to filing the petition in a new action in which she either pays the filing fee or completes the Court's IFP application.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 1, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California